JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ABAIR,<br>Plaintiff,<br>v.<br>NEIMAN MARCUS, ET AL.,<br>Defendants. | Case No. 5:26-cv-02250-KK-SSC<br><br>JUDGMENT |

Pursuant to the Order Dismissing the Instant Action for Failure to Prosecute and Failure to State a Claim,

IT IS HEREBY ADJUDGED that this action is dismissed without leave to amend. (JS-6)

Dated: September 18, 2026

HONORABLE KENLY KIYA KATO
United States District Judge